UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2017 SEP 28 P 4: 03

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:17-cr- |
| | ) |
| <u>MATTHEW RIEHL</u> | ) |

17-CR-149-JD-01

## INFORMATION

### COUNT ONE
[18 U.S.C. § 2251(a) – Producing Child Pornography]

The United States Attorney charges:

On various dates, but between on or about July 24, 2015, and August 31, 2016, within the District of New Hampshire and elsewhere, the defendant,

**MATTHEW RIEHL,**

did knowingly employ, use, persuade, induce, entice, and coerce minor males, under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depictions were transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

September 28, 2017

John J. Farley
Acting United States Attorney

By: _____
Arnold H. Huftalen
Assistant United States Attorney

_____
Georgiana Konesky
Assistant United States Attorney