UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. )  Cr. No. 1:17-cr-149-JD-01
)
Matthew Riehl )

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Information against the above-named defendant having been filed in the above-entitled case on the 28th day of September, 2017.

This 28th day of September, 2017.

JOHN J. FARLEY
Acting United States Attorney

/s/ Arnold H. Huftalen
Arnold H. Huftalen
Assistant U.S. Attorney


SUMMONS ISSUED: _____