AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
| v. | ) |
|  | ) |
|  | )  Case No. 17-cr- 149-01-JD |
| Matthew Riehl | ) |
|  | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: Ctrm 1 |
| | Date and Time: 10/25/17 @ 11:00 am |

This offense is briefly described as follows:
18 USC 2251(a) - Producing Child Pornography

Date: 10/3/17

_Kellie Otis_
Issuing officer's signature

Kellie Otis, Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 10/6/17

_[signature]_
Server's signature

Brandon Wilson  DUSM
Printed name and title