AO 455 (Rev. 01/09) Waiver of an Indictment

U.S. DISTRICT C...
DISTRICT OF NEW HA...

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

OCT 24 2017

FILED

United States of America )
v. ) Case No. 17-CR-149-JD
__Matthew Riehl__ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/24/17

_____
Defendant's signature

_____
Signature of defendant's attorney

Philip H. Utter
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title