U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

OCT 24 2017
FILED

United States of America

v.                                            Case No. 17-CR-149-JD

Matthew Riehl

# STIPULATION TO DETENTION AND WAIVER OF DETENTION HEARING

I hereby waive my right to a detention hearing as provided in:

- ___ 18 U.S.C. 3142(f), pending trial**
- ___ 18 U.S.C. 3148(a), revocation of release/pending trial**
- ✓ Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
- ___ Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

without prejudice, and stipulate to detention.

Date: 10/24/17                           _____
                                          Defendant

Date: 10/24/17                           _____
                                          Counsel for Defendant

**STIPULATION APPROVED.**

Date: October 24, 2017                   _____
                                          United States Magistrate Judge
                                          United States District Judge

cc:   US Attorney
      US Marshal
      US Probation
      Defendant's Counsel

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31 (5-99)